**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CASE NO.: 2:26-mj-23 |
| JASSON VASQUEZ PINEDA, | |
| Defendant. | |

## RULE 5 ORDER

Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to disclose to Defendant all exculpatory evidence—that is, evidence that favors Defendant or casts doubt on the United States' case, as required by Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and **ORDERS** the United States to do so.  The Government has a duty to disclose any evidence that goes to negating Defendant's guilt, the credibility of a witness, or that would reduce a potential sentence.  Defendant is entitled to this information without a request.  Failure to disclose exculpatory evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanctions by the Court.  Given this confirmation, generalized motions seeking assurance of the Government's compliance are unnecessary.

**SO ORDERED**, this 29th day of April, 2026.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA