**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**BRUNSWICK DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CASE NO.: 2:26-mj-23 |
| JASSON VASQUEZ PINEDA, | |
| Defendant. | |

**O R D E R**

On March 25, 2026, the Superior Court of the District of Columbia, issued a warrant for the arrest of Jasson Vasquez Pineda in the case of <u>United States of America v. Jasson Vasquez Pineda,</u> Case No. 2026 CF1 004510.  Jasson Vasquez Pineda appeared before the undersigned on April 29, 2026 for his Initial Appearance on Rule 40 Transfer Out.  Mr. Vasquez Pineda was represented by counsel at that hearing.

The Government moved for Defendant's detention.  Mr. Vasquez Pineda was advised of his right to an identity hearing and a detention hearing in this district.  Defendant admitted that his name is Jasson Vasquez Pineda and requested to be transferred to the District of Columbia.  Defendant waived his right to an identity hearing and waived his right to a detention hearing in the Southern District of Georgia.  Defendant requested that his detention hearing take place in the District of Columbia.  Defendant filed an AO466A Waiver of Rule 5 & 5.1 Hearings form as to Case No. 2026 CF1 004510, waiving his right to an identity hearing and waiving his right to a detention hearing in the Southern District of Georgia and requesting that his detention hearing occur in the District of Columbia. Doc. 5.  Defendant is ordered detained pending the transfer to the District of Columbia.

**IT IS ORDERED**: The United States Marshal immediately transport Jasson Vasquez Pineda, together with a copy of this Order, to the District of Columbia, and deliver the Defendant to the United States Marshal for that district, or to another officer authorized to receive Mr. Vasquez-Pineda.  The marshal or officer in the District of Columbia, should immediately notify the United States Attorney and the Clerk of Court for that district of Mr. Vasquez Pineda's arrival.

The Clerk of this district must promptly transmit the documents in this case to the District of Columbia.

**SO ORDERED** this 29th day of April, 2026.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA